# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 18-50300 |
| Landash Corporation | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Jason E. Adkins | : | Case No. 18-50671 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

| | | |
|---|---|---|
| Amy L. Bostic, Trustee | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 19-2089 |
| | : | |
| Abington Emerson Capital, LLC, et al | : | |
| | : | |
| Defendants | : | |

## AMENDMENT TO COMPLAINT FOR DECLARATORY JUDGMENTS, TO AVOID INTERESTS AND FOR OTHER RELIEF
(related doc. #1)

The following defendants listed in the Complaint filed with this Court on July 10, 2019 (Doc. #1) should be identified as follows:

A&B Retreading LLC
c/o Jason Adkins
885 Sternberger Road
Jackson, OH  45640

Adkins Tire LLC
c/o Jason Adkins
885 Sternberger Road
Jackson, OH  45640

Anthony Amos
53 Brownsville Road
New Matamoras, OH  45767

Capital One Bank USA NA
PO Box 71083
Charlotte, NC  28272-1083

Chase Auto
PO Box 901060
Fort Worth, TX  76101-2060

Dominion OTR Tire Enterprises LLC
2720 North Stemmons Freeway, Suite 700
Dallas, TX  75229

EPK Financial Corporation
c/o Edward P. King
5944 Luther, Suite 300
Dallas, TX  75225

Hamilton Distribution LLC
PO Box 3661
St. Petersburg, FL  33714

Ironside, LLC
40 Christie St.
Tenafly, NJ  07670

Knight Nguyen Investments
23603 W. Fernhurst, Ste. 2104
Katy, TX  77494

Legends Group
12636 High Bluff Drive
San Diego, CA  92130

David Lusk
1336 Hanley Road
Jackson, OH  45640

Meridian PO Finance, LLC
c/o Johnson Law Office PLC
2812 N. Norwalk, Ste. #105
Mesa, AZ  85215

Origin Mining PTE Ltd
442 Serangoon Road #03-01
Singapore  218135

Rexie Cheatle
4420 Staneart Road
Albany, OH  45710

Elephant OTR LLC
c/o Jason Adkins
885 Sternberger Road
Jackson, OH  45640

Filoquip Resources LLC
1000 N. Green Valley Parkway
Henderson, NV  89074

Iron City LLC
c/o Jason Adkins
885 Sternberger Road
Jackson, OH  45640

Kirby Development LLC
c/o Sean R. Keegan, Esq.
Babst Calland
Two Gateway Center, 6th Floor
Pittsburgh, PA  15222

Lane Aviation Corporation
c/o Brenda K. Bowers, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
PO Box 1008
Columbus, OH  43215

LoanMe, Inc.
1900 S. State College Blvd., Suite 300
Anaheim, CA  92806-6152

Tim Mages
2853 Arabian Court NE
Marietta, GA  30062

Osborne Holdings, LP
c/o Ryan Osborne
4017 McFarlin Boulevard
Dallas, TX  75205-1723

Jack Radke
3501 N. Central Expressway
McKinney, TX  75071

2

Charles B. Riggs
130 Meadow Ridge Road
Mount Morris, PA  15349

SECO Ventures LTD
c/o Vincent Ney, statutory agent
4711 Shavano Oak, Suite 102
San Antonio, TX  78249-4026

Southern Cross Trading International
7303 NW 79th Terrace
Medley, FL  33166-2211

Lucien J. Tujague, Jr.
2720 N. Stemmons Freeway
Suite 700 S. Tower
Dallas, TX  75207

Verizon
By American InfoSource
PO Box 248838
Oklahoma City, OK  73124-8838

Wells Fargo Bank
420 Montgomery Street
San Francisco, CA  94104

Ed Zatta
4835 Old US Route 33
Athens, OH  45701

Sandstone Funding LLC
c/o Douglas E. Robinson
122 East 24th Street, Suite 2112
New York, NY  10168

Eric E. Shook
135 North Washington Street
Tiffin, OH  44883

Star Funding, Inc.
c/o Jo-Ann Erhard
237 West 37th Street, 5th Floor
New York, NY  10018

Vecron Exim, Ltd.
c/o Steven N. Leitess, Esq.
201 N. Charles Street, 26th Floor
Baltimore, MD  21201

WBL SPO 1, LLC
101 Hudson St., 33rd Floor
Jersey City, NJ  07302

XPO Global Forwarding, Inc.
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
PO Box 1008
Columbus, OH  43215

Respectfully submitted:
**LUPER NEIDENTHAL & LOGAN**
A Legal Professional Association

/s/  Kenneth M. Richards
Kenneth M. Richards, Case Attorney
for Plaintiff, Amy L. Bostic, Trustee
1160 Dublin Road, Suite 400
Columbus, OH 43215
(614) 221-7663  Fax (866) 345-4948
Supreme Court number:  0040455
krichards@LNLattorneys.com