# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 18-50300 |
| Landash Corporation | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| | : | |

| | | |
|---|---|---|
| In re: | | |
| | : | |
| Jason E. Adkins | . | Case No. 18-50671 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

---

Amy L. Bostic, Trustee
1160 Dublin Road, Suite 400
Columbus, OH  43215-3374          :
                                  :
        Plaintiff,                :
                                  :
v.                                         Adv. Pro. No. 19-2089

Abington Emerson Capital, LLC et al

    Defendants

## NOTICE AND STIPULATION OF DISMISSAL AS TO DEFENDANT LOANME, INC. ONLY

Plaintiff, Amy L. Bostic, Trustee, ("Plaintiff") and Defendant LoanMe, Inc., hereby provide notice that Defendant LoanMe, Inc. has disclaimed any lien or security interest in the Tires (as defined in the Complaint) and in the proceeds of the Tires being held by Plaintiff; provided, however, the Plaintiff and LoanMe, Inc. acknowledge that LoanMe, Inc. has timely filed an unsecured claim in above-referenced bankruptcy proceedings and asserted an unsecured

claim against the Debtors in those bankruptcy proceedings that is not being waived or otherwise determined by the terms of this dismissal.

Defendant LoanMe, Inc is hereby dismissed as a party defendant pursuant to Rile 7041, Federal Rules of Bankruptcy Procedure. The adversary proceeding shall proceed as to all other Defendants unless a separate dismissal is filed relating to additional Defendants.

Respectfully submitted,

LUPER, NEIDENTHAL & LOGAN, LPA

/s/ Kenneth M. Richards

Kenneth M. Richards, Esq. (0040455)
Attorney for Plaintiff, Amy L. Bostic, Trustee
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
(614) 221-7663--Telephone
(866) 345-4948--Fax
KRichards@LNLattorneys.com

*/s/ Nancy A. Valentine*
Nancy A. Valentine, Esq. (0069503)
Miller, Canfield, Paddock and Stone, P.L.C.
1100 Superior Avenue East
Suite 1750
Cleveland, Ohio 44114
Company:     216.716.5044
Facsimile:     216.716.5043
Email:  valentinen@millercanfield.com

*Attorneys for LoanMe, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Report was served (i)**electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court on September 10, 2019.

2

/s/ Kenneth M. Richards_____
Kenneth M. Richards