# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 18-50300 |
| Landash Corporation | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| | : | |

| | | |
|---|---|---|
| In re: | | |
| | : | |
| Jason E. Adkins | . | Case No. 18-50671 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

Amy L. Bostic, Trustee
1160 Dublin Road, Suite 400
Columbus, OH 43215-3374

      Plaintiff,

v.                                                                            Adv. Pro. No. 19-2089

Abington Emerson Capital, LLC et al

      Defendants

## **NOTICE AND STIPULATION OF DISMISSAL AS TO ALL COUNT II DEFENDANTS ONLY**

Plaintiff, Amy L. Bostic, Trustee, ("Plaintiff") and Defendant, A&B Retreading LLC, Adkins Tire LLC, American Tire Corporation, Elephant OTR LLC, Giant Tyres USA LLC, Iron City LLC, LAD Impex, Landash Texas LLC, Landash USA Corporation, Midwest Coal, LLC, Midwest OTR Corporation, Mountaineer Mining Corporation, North American Mining Equipment LLC, Ohio Valley Corporation, 1 Ragazzi Corporation (Collectively, "Count II

Defendants"), hereby provide notice that Count II Defendants disclaim any lien or security interest in the Tires (as defined in the Complaint) and in the proceeds of the Tires being held by Plaintiff.

Count II Defendants are all listed as "DBAs" on the bankruptcy petition filed by Jason E. Adkins. According to information in the Schedules filed by Jason E. Adkins and other information available, Jason E. Adkins is the sole or majority owner of each of these entities. Some Count II Defendants are not registered with the Ohio Secretary of State and several that are registered do not have current statutory agents. All Count II Defendant were served an indicated on their respective summons, care of Jason Adkins. None of the Count II Defendants has entered an appearance in this adversary proceeding or in the main bankruptcy cases.

Count II Defendants are hereby dismissed as party defendants pursuant to Rule 7041, Federal Rules of Bankruptcy Procedure. The adversary proceeding shall proceed as to all other Defendants unless a separate dismissal is filed relating to additional Defendants.

    Respectfully submitted,

    LUPER, NEIDENTHAL & LOGAN, LPA

    /s/ Kenneth M. Richards

    _____
    Kenneth M. Richards, Esq. (0040455)
    Attorney for Plaintiff, Amy L. Bostic, Trustee
    1160 Dublin Road, Suite 400
    Columbus, Ohio 43215
    (614) 221-7663--Telephone
    (866) 345-4948--Fax
    KRichards@LNLattorneys.com

    /s/__Amy L. Bostic____

    Amy L. Bostic, as Trustee for Jason Adkins on behalf of all Count II Defendants
    1160 Dublin Road, Suite 400

Case 2:19-ap-02089    Doc 278    Filed 12/04/19    Entered 12/04/19 08:47:25    Desc Main
                              Document           Page 3 of 3

        Columbus, Ohio 43215
        (614) 221-7663--Telephone
        (866) 345-4948--Fax
        ABostic@LNLattorneys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Report was served (i)**electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court on December 4, 2019.

        /s/ Kenneth M. Richards_____
        Kenneth M. Richards