## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 18-50300 |
| Landash Corporation | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| | : | |

| | | |
|---|---|---|
| In re: | | |
| | : | |
| Jason E. Adkins | . | Case No. 18-50671 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

Amy L. Bostic, Trustee
1160 Dublin Road, Suite 400
Columbus, OH 43215-3374     :
                            :
      Plaintiff,   :
                            :
v.                          Adv. Pro. No. 19-2089

Abington Emerson Capital, LLC et al

      Defendants

### **PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY**

Amy L. Bostic, Trustee, Plaintiff in the above-captioned adversary proceeding ("Plaintiff"), hereby dismisses the following Defendants only, without prejudice, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure:

1.     Lucien J. Tujague, Jr.

2.     Roadmaster Trucking Inc.

3.  Callie Coutris

4.  Wells Financing Inc

Plaintiff has attempted to serve these Defendants without success for a variety of reasons. None of these Defendants has taken a position in this bankruptcy case which suggest an ownership or other interest in the Tires or proceeds.

    Respectfully submitted:
    LUPER NEIDENTHAL & LOGAN
    A Legal Professional Association

    /s/  Kenneth M. Richards
    Kenneth M. Richards, Case Attorney for
    Plaintiff, Amy L. Bostic, Trustee
    1160 Dublin Road, Suite 400
    Columbus, OH 43215
    (614) 221-7663  Fax (866) 345-4948
    Supreme Court number:  0040455
    krichards@LNLattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

    /s/ Kenneth M. Richards
    Kenneth M. Richards, Esq.

Case 2:19-ap-02089    Doc 451    Filed 10/28/20    Entered 10/28/20 09:27:53    Desc Main
Document      Page 3 of 3