**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: November 16, 2022**



C. Kathryn Preston
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 18-50300 |
| Landash Corporation | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Jason E. Adkins | . | Case No. 18-50671 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

Amy L. Bostic, Trustee

    Plaintiff,

v.     Adv. Pro. No. 19-2089

ACAR Leasing et al

    Defendants

**AGREED JUDGMENT ENTRY (Doc #1)**

This matter is before the Court upon Plaintiff's Complaint (Doc 1) and Amendment to Complaint (Doc 238) and the answers filed by Defendants, Terre Roche, Vecron Exim Ltd., Kirby Development, Great Southland, Ltd, Jenvic Holdings, LLC, Hamilton Distribution LLC, and Meridian PO Finance (Collectively, "Defendants"). In lieu of further litigation, Plaintiff and Defendants agree and the Court Orders as follows:

The funds held by Plaintiff, Amy L. Bostic, Trustee representing proceeds from the sale of tires at issue in this adversary proceeding ($1,847,985.85) shall be distributed as follows:

1. Plaintiff, Amy L. Bostic, Trustee: $184,798.00

2. Defendant, Terre Roche: $123,000.00

3. Defendant, Vecron Exim Ltd. $564,000.00

4. Defendant, Kirby Development: $272,000.00

5. Defendant, Great Southland, Ltd.: $321,000.00

6. Defendant, Jenvic Holdings, LLC: $222,000.00

7. Defendant, Hamilton Distribution, LLC: $25,000.00

8. Defendant, Meridian PO Finance: $136,187.00

IT IS FURTHER ORDERED that Trustee is authorized to distribute funds as provided herein to Defendants upon entry of the Agreed Judgment Entry. Funds retained by Trustee for payment to Trustee and Trustee's counsel shall be held by Trustee pending further order of this Court, upon the filing of a fee application and Trustee's Final Report.

IT IS SO ORDERED.

Approved:

LUPER NEIDENTHAL & LOGAN
A Legal Professional Association


/s/ Kenneth M. Richards
Kenneth M. Richards, Case Attorney for
Plaintiff, Amy L. Bostic, Trustee
1160 Dublin Road, Suite 400
Columbus, OH 43215
(614) 221-7663  Fax (866) 345-4948
Supreme Court number: 0040455
krichards@LNLattorneys.com



/s/Steven N. Leitess
Steven N. Leitess (admitted pro hac vice)
Jodie E. Buchman (admitted pro hac vice)
Silverman Thompson Slutkin & White LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21202
T: (410) 385-2225
F: (410) 547-2432
sleitess@silvermanthompson.com
jbuchman@silvermanthompson.com
*Counsel for Defendant Vecron Exim Ltd.*



/s/Sean R. Keegan
Sean R. Keegan (admitted Pro Hac Vice)
Alexandra G. Farone (admitted Pro Hac Vice)
Babst, Calland, Clements & Zomnir, P.C.B.
Two Gateway Center, Floor 6
Pittsburgh, PA 15222
T: (681) 265-1364
F: (681) 205-8814
skeegan@babstcalland.com
*Counsel for Defendant Kirby Developments, LLC*



/s/Thomas C. Lonn on behalf of Richard G. Dafoe as per authorization
Richard G. Dafoe (05309500)
Waddell Serafino Geary Rechner Jenevein, P.C.
1717 Main Street, Suite 2500

Dallas, TX 75201
T: (214) 979-7247
F: (214) 979-7402
rdafoe@wslawpc.com
*Counsel for Defendant Terre Roche*


/s/Matthew S. Brown
Matthew S. Brown (0077687)
Carlile Patchen & Murphy, LLP
950 Goodale Blvd., Suite 200
Columbus, OH 43212
T: (614) 228-6135
F: (614) 221-0216
mbrown@cpmlaw.com
*Counsel for Defendant Great Southland Limited*


/s/Thomas R. Allen
Thomas R. Allen (0017513)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
T: (614) 221-8500
F: (614) 221-5988
allen@ASNAlaw.com
*Counsel for Defendant Jenvic Holdings, LLC*


/s/Adam J. Biehl
Adam J. Biehl (0064836)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
T: (614) 229-3214
F: (614) 221-0479
abiehl@baileycav.com
*Counsel for Defendant Hamilton Distribution LLC*


/s/Nat Clarkson
Nat Clarkson (admitted pro hac vice)
Anderson Clarkson Johnson Brown
2812 N. Norwalk, Suite 106
Mesa, AZ 85215

T: (480) 373-9090
F: (480) 522-3649
nclarkson@acjblaw.com
*Counsel for Defendant Meridian PO Finance, LLC*


Copies:  Kenneth M. Richards via ECF
        Steven N. Leitess via ECF
        Jodie E. Buchman via ECF
        Sean R. Keegan via ECF
        Richard G. Dafoe via ECF
        Thomas C. Lonn via ECF
        Matthew S. Brown via ECF
        Thomas R. Allen via ECF
        Adam J. Biehl via ECF
        Nat Clarkson via ECF